KENJI M. PRICE   #10523
United States Attorney
District of Hawaii

EDRIC M. CHING   #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Edric.Ching@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SHERRI LYNN HOLLYMAN AND CHRISTOPHER HOLLYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>Intervenor Plaintiff. | CIVIL NO. 16-00578 KJM<br><br>STIPULATION TO DISMISS ALL PARTIES AND CLAIMS WITH PREJUDICE; ORDER |

## STIPULATION TO DISMISS ALL PARTIES
## AND CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that the respective claims by brought by Plaintiff SHERRI LYNN HOLLYMAN, Plaintiff CHRISTOPHER HOLLYMAN and Intervenor Plaintiff USAA CASUALTY INSURANCE COMPANY as to Defendant United States of America be dismissed with

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

prejudice, each party to bear its own fees and costs.   There are no remaining claims or parties.

This document can be signed in counterparts.

DATED: December 17, 2018, at Honolulu, Hawaii

                                              KENJI M. PRICE
                                              United States Attorney
                                              District of Hawaii

/s/ Reginald K.T. Yee                       /s/ Edric M. Ching
_____               By _____
REGINALD K.T. YEE                         EDRIC M. CHING
Attorney for Intervenor Plaintiff          Assistant U.S. Attorney
USAA CASUALTY INSURANCE
COMPANY                                      Attorneys for Defendant

/s/ Everett Walton
EVERETT WALTON
Attorney for Plaintiffs
SHERRI LYNN HOLLYMAN and
CHRISTOPHER HOLLYMAN

APPROVED AND SO ORDERED:

Dated: Honolulu, Hawaii, December 17, 2018.

_____
Kenneth J. Mansfield
United States Magistrate Judge

SHERRI LYNN HOLLYMAN, et al. v. USA
Civil No. 16-00578 KJM
"Stipulation to Dismiss All Claims and Parties With Prejudice; Order"